UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| EDWARD E. JEMISON, )<br>)<br>Petitioner, )<br>vs. )<br>)<br>MR. S. KNIGHT, )<br>)<br>Respondent. ) | No. 1:05-cv-01595-JDT-WTL |

**Entry and Order to Show Cause**

The petitioner's custodian is directed to answer the allegations of the petitioner's petition for a writ of habeas corpus, and in doing so shall **show cause** why the relief sought by the petitioner should not be granted. This shall be done within **twenty (20) days** after the date this Entry is signed. The petitioner shall have twenty (20) days after service of such answer or return to order to show cause on him in which to reply.

A copy of the petitioner's petition and of his supplement filed on November 18, 2005, shall be sent with this Entry to the Indiana Attorney General.

**IT IS SO ORDERED.**

Date: 11/23/2005

John Daniel Tinder, Judge
United States District Court

Copies to:

Edward E. Jemison, DOC # 850546
Pendleton Correctional Facility
P.O. Box 30
Pendleton, IN 46064

Office of the Indiana Attorney General
Indiana Government Center South, Fifth Floor
402 West Washington Street
Indianapolis, IN 46204-2770

NOTE TO CLERK: PROCESSING THIS DOCUMENT REQUIRES ACTIONS IN ADDITION TO DOCKETING AND DISTRIBUTION.